Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division  8:18cv1598T17 JSS

Jewel Griffin
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

FILED 2018 JUL -3 AM 10:04 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jewel Griffin
Address: 1400 10th St
Sarasota, Fl 34234
City / State / Zip Code

County: Sarasota
Telephone Number: 941-236-6555
E-Mail Address: Shiningdiamond39@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: FBI Office
Job or Title (if known): FBI
Address: 1800 2nd St #600
Sarasota, Fl 34234
City / State / Zip Code

County: Sarasota
Telephone Number: 941-955-3325
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: Police Station
Job or Title (if known): Police
Address: On Ringling
Sarasota, Fl 34234
City / State / Zip Code

County: Sarasota
Telephone Number: 941-366-8000
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name                   ~~[redacted]~~
    Job or Title *(if known)*
    Address

                                          *City*                 *State*             *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

        ☐ Individual capacity       ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                                          *City*                 *State*             *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

        ☐ Individual capacity       ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

            ☑ Federal officials (a *Bivens* claim)

            ☑ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

            Fourteenth Amendment

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

> Fourth Amendment.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> failure to Protect and Serve

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> Sparr K's, Working at Dollartree & Salvation Army

B. What date and approximate time did the events giving rise to your claim(s) occur? 2016 - 2018

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> I Recorded Being followed and tortured with Threats to kill my kids and was completely Ignored by Police and FBI.
>
> Your honor I would please ask for Something speedy, because I feel like my lifes in Danger.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Lost my Job, Rights to Work, Place to Stay, Money because They Held my Checks,

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am being Stalked and Harrassed, I Have been Raped, and I Have been electronically Harrassed. I'u been drugged and Isolated and Protection was not Povided and Justice is not being carried out. I would Like the Judge to make them do their Jobs and Help me for my financail loss.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-3-18

Signature of Plaintiff: Jewel Griffin
Printed Name of Plaintiff: JEWEL GRIFFIN

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         City        State       Zip Code
Telephone Number: _____
E-mail Address: _____

# UNITED STATES DISTRICT COURT
## for the

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED 2018 JUL -3 AM 10:54 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL TAMPA FLORIDA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 7-20-2010 - 2018 in the county of _____ in the
_____ District of Washington D the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18. U.S.C 116, 371 | Conspiracy to Commit Female Genital Mutilation |
| 18. U.S.C 1961-1968 | Would like to ASK Judge to Allow me to file under Rico Cause to Racketeering |

This criminal complaint is based on these facts:
I have Recorded and documented being threatened Stalked HARRassed and Beat, Sexually OverPowered and Raped. FMG was Proformed to these Gang Rapes Ignored by every Government Agentency. FBI. CPS. Police. Dept of Justice and US Attorney's office. in 7 States 40 Diffrent towns.

☐ Continued on the attached sheet.

_Jewel Griffin_
Complainant's signature

JEWEL Griffin
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: _____

_____
Printed name and title